■ Trifon Kolovinas, Appellant, v George Sarantopoulos et al., Respondents.—In an action, *inter alia,* to recover certain shares of stock from the respondents, plaintiff appeals from so much of an order of the Supreme Court, Richmond County (Sullivan, J.), dated March 30, 1984, as, upon granting his motion to vacate his default in serving a reply to respondents' counterclaim, conditioned the same on the payment of $1,000 by him to respondents' attorney.

Order modified, as an exercise of discretion, by reducing the amount of the sanction from $1,000 to $350. As so modified, order affirmed, insofar as appealed from, without costs or disbursements. Plaintiff's time to make the payment is extended until 10 days after service upon him of a copy of the order to be made hereon, with notice of entry.

We have reduced the sanction imposed, in the exercise of our discretion, in light of the short duration of the delay and the lack of prejudice to the respondents. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ Toni A. La Cava, Respondent, v Samuel P. Brooke, Appellant.—In an action to recover damages for legal malpractice, defendant appeals from an order of the Supreme Court, Dutchess County (Green, J.), dated November 7, 1984, which denied his motion for an order of preclusion based upon plaintiff's failure to respond to his demand for a bill of particulars, on condition that plaintiff comply with the demand within 30 days after service upon her of a copy of the order.

Order modified, by adding a provision that plaintiff's attorneys personally pay $250 to defendant. As so modified, order affirmed, without costs or disbursements. Plaintiff's attorneys' time to pay the $250 and serve the bill of particulars is extended until 30 days after service upon them of a copy of the order to be made hereon, with notice of entry. If the conditions are not complied with, order reversed, with costs, and motion for an order of preclusion granted unconditionally.

In light of the unexcused failure to comply in a timely manner with defendant's demand for a bill of particulars, an appropriate sanction has been imposed. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.